UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-cr-96-RWS (DDN) |
| | ) |
| ANTHONY RIZZUTI, | ) |
| | ) |
| Defendant. | ) |

## EIGHTH MOTION TO TRAVEL

COMES NOW Defendant, Anthony Rizzuti, by and through counsel, and moves this Court for permission to travel to South Bend, Indiana from Friday, December 18, 2009 through Sunday, December 20, 2009.  In support of this motion, Defendant states as follows:

1.      Defendant and his family hope to travel to South Bend, Indiana from December 18, 2009 through December 20, 2009.

2.      If permitted to travel, Defendant will fly with his family by private craft from St. Louis to South Bend on Friday, December 18, 2009.

3.      In South Bend, Defendant and his family will stay at a condominium owned by Defendant's parents.

4.      If permitted to travel, Defendant will provide the address and phone number of the condominium to pretrial services officer William Irby in advance of December 18, 2009 and maintain contact with Mr. Irby during each day of travel or as otherwise directed.

5.      Defendant will return to St. Louis with his family on the evening of Sunday, December 20, 2009.

6.      The purpose of the travel is for Defendant and his family to attend a sporting

event and visit with friends in the South Bend area.

7.      Defendant, through counsel, has discussed this matter with assistant United States attorney Robert Livergood.  Mr. Livergood does not object to Defendant's request, provided Defendant has no contact with children during the course of his travel.

8.      Defendant, through counsel, has also discussed this matter with pretrial services officer William Irby.  Mr. Irby does not object to Defendant's request either.

WHEREFORE, Defendant respectfully requests this Honorable Court grant the instant motion and permit him to travel with his family to South Bend, Indiana from December 18, 2009 through December 20, 2009.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:     /S/ Adam D. Fein
        ADAM D. FEIN, #506332
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        (314) 862-4332/Facsimile (314)862-8050

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:09-cr-96 RWS (DDN) |
| | ) | |
| ANTHONY RIZZUTI, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2009, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Robert F. Livergood, assistant United States attorney.

**Eighth Motion to Travel**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:     /S/ Adam D. Fein
        ADAM D. FEIN, #506332
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        (314) 862-4332/Facsimile (314)862-8050