UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-cr-96 RWS (DDN) |
| | ) |
| ANTHONY RIZZUTI, | ) |
| | ) |
| Defendant. | ) |

## NINTH MOTION TO TRAVEL

COMES NOW Defendant, Anthony Rizzuti, by and through counsel, and moves this Court for permission to travel to South Bend, Indiana from Friday, January 8, 2010 through Sunday, January 10, 2010.  In support of this motion, Defendant states as follows:

1. Defendant and his family hope to travel to South Bend, Indiana from January 8, 2010 through January 10, 2010.

2. If permitted to travel, Defendant will fly with his family by private craft from St. Louis to South Bend on Friday, January 8, 2010.

3. In South Bend, Defendant and his family will stay at a condominium owned by Defendant's parents.

4. If permitted to travel, Defendant will provide the address and phone number of the condominium to pretrial services officer William Irby in advance of January 8, 2010 and maintain contact with Mr. Irby during each day of travel or as otherwise directed.

5. Defendant will return to St. Louis with his family on the evening of Sunday, January 10, 2010.

6. The purpose of the travel is for Defendant and his family to attend a sporting event and visit with friends in the South Bend area.

7. The event Defendant and his family will attend is scheduled to start on Saturday, January 9, 2010 at 8:00 p.m. Defendant, however, has a curfew of 7:00 p.m. imposed as a condition of bail. Consequently, to attend the event, Defendant also requires an extension of his curfew from its regularly scheduled time to 11:30 p.m. Defendant requires this extension only for the date of January 9, 2010.

8. Defendant, through counsel, has discussed each of these matters with assistant United States attorney Robert Livergood. Mr. Livergood does not object to either request, provided Defendant has no contact with children during the course of his travel.

WHEREFORE, Defendant respectfully requests this Honorable Court grant the instant motion and (1) permit him to travel with his family to South Bend, Indiana from January 8, 2010 through January 10, 2010 and (2) extend his curfew from its regularly scheduled time to 11:30 p.m. on the evening of January 9, 2010.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /S/ Adam D. Fein
ADAM D. FEIN, #506332
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-cr-96 RWS (DDN) |
| | ) |
| ANTHONY RIZZUTI, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2010, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Robert F. Livergood, assistant United States attorney.

**Ninth Motion to Travel**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:   /S/ Adam D. Fein
ADAM D. FEIN, #506332
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050