UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:09 CR 96 RWS |
| | ) | |
| ANTHONY RIZZUTI, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

**IT IS HEREBY ORDERED** that this matter is set for a **hearing regarding the review of the supervised release conditions** as to defendant **Anthony Rizzuit on Friday, February 12, 2016 at 2:00 p.m.** in 16-South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2016.