UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE RODNEY W. SIPPEL
COURTROOM PROCEEDING 16 SOUTH
COURTROOM MINUTE SHEET CRIMINAL

CASE NO.   4:09CR96   RWS

STYLE:   USA v. Anthony Rizzuti

DATE:   2/12/16

Court Reporter:   Shannon White

Deputy Clerk:   Andrea Luisetti

Attorney for USA:   Robert Livergood

Attorney for Defendant:   Adam Fein

(X) Parties present for hearing on:

Hearing on Supervised Release Revocation Conditions.  Arguments heard.  Motion to follow. Hearing date to be set.

Proceeding Commenced and Ended:  2:00 p.m. - 2:25 p.m.